Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of coffee stirrers similar in all material respects to those the subject of Abstract 67164, the claim of the plaintiff was sustained.

No. 67825.—Excelsior Accordions, Inc. v. United States, protests 59/26503, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiff was sustained.

No. 67826.—The Wing On Company and W. J. Byrnes & Company et al. v. United States, protests 61/16678, etc. (San Francisco).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of brass lotus flower holders similar in all material respects to those the subject of *Wing On Co. et al.* v. *United States* (47 Cust. Ct. 122, C.D. 2291), the claim of the plaintiffs was sustained.

No. 67827.—Moskatel's, Inc. v. United States, protest 61/17221 (Los Angeles).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of plastic butterflies similar in use to butterflies made wholly or in chief value of cellulose acetate, not artificial flowers, etc., or parts thereof, or articles made wholly or in chief value thereof, the claim of the plaintiff was sustained.

No. 67828.—Rex Sales Co. and Arthur J. Fritz & Co. v. United States, protest 60/20621 (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67829.—Glencourt Importing Co. and Geo. S. Bush & Co., Inc., et al. v. United States, protests 62/2402, etc. (Seattle).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67830.—Frank P. Dow Co., Inc., and Meurer Lamp and Shade Co. v. United States, protest 62/2911 (Los Angeles).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of iron works similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (47 Cust. Ct. 112, C.D. 2289), the claim of the plaintiffs was sustained.

No. 67831.—Amco Custom Brokerage Co. and F. B. Vandegrift & Co., Inc. v. United States, protests 62/6470 and 62/6458 (Philadelphia).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of metal articles wholly or in chief value of iron similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (47 Cust. Ct. 112, C.D. 2289), the claim of the plaintiffs was sustained.

No. 67832.—George A. Abood Co., Inc. v. United States, protest 61/20284 (New York).